IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-1600-AP**

**FRANK MONTANO,**

           Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

           Defendant.

---

## ORDER

Kane, J.

       This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #5), filed October 13, 2006.  This Court has reviewed the file and considered the motion. It is hereby

       **ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

       Dated:  October 16, 2006

                         BY THE COURT:

                         *S/John L. Kane*
                         JOHN L. KANE, SENIOR JUDGE
                         UNITED STATES DISTRICT COURT